# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSARHIEME UYI OBAYAGBONA,

    Petitioner,

vs.

JEFF SESSIONS, *et al.*,

    Respondents.

Case No. 2:17-cv-00884-APG-CWH

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by a person detained by the U.S. Immigration and Customs Enforcement (ICE). Petitioner is housed at the Henderson Detention Center in Henderson, Nevada. Petitioner claims that he has been detained in ICE custody since August 11, 2016, and that on August 31, 2016, an immigration judge ordered his deportation. ECF No. 1, at p. 4. Petitioner asserts that his indefinite and continued detention in ICE custody violates his Constitutional rights. *Id.* Petitioner has filed an emergency motion for a preliminary injunction, seeking immediate release from custody. ECF No. 4.

    I will direct the United States Marshal to immediately serve respondents with both the petition and petitioner's motion for release. Respondents shall have 10 days from the date of entry of this order in which to file a response to petitioner's emergency motion for immediate release. The response shall include the date of petitioner's scheduled deportation, if that date has been set.

    **IT IS THEREFORE ORDERED** that the Clerk of Court **SHALL ELECTRONICALLY SERVE** copies of the petition (ECF No. 1), the emergency motion (ECF No. 4), and this order, upon respondents as follows:

    1. By having the United States Marshal, on or before the close of business on Tuesday, June 13, 2017, serve a copy of the petition (ECF No. 1), the emergency motion for a stay of deportation (ECF No. 4), and this order on the United States Attorney for the District of Nevada or on an

Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

2. By sending a copy of the petition (ECF No. 1), the emergency motion for a stay of deportation (ECF No. 4), and this order by registered or certified mail to the following respondents: (1) the Honorable Jeff Sessions, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (2) the Honorable John Kelly, Secretary of the U.S. Department of Homeland Security, 500 12th St., SW, Washington, DC 20536; and (3) Todd McWhorter, ICE Field Office Director, 2975 South Decker Lake Dr., West Valley City, UT 84119.

**IT IS FURTHER ORDERED** that respondents **SHALL FILE AND SERVE** a response to the emergency motion for a stay of deportation (ECF No. 4) within **13 days** from the date that this order is entered.

**IT IS FURTHER ORDERED** that petitioner **SHALL FILE AND SERVE** a reply to respondents' response within **10 days** of the date that petitioner is served with the same.

**IT IS FURTHER ORDERED** that, in its initial response, respondents **SHALL RESPOND** to petitioner's arguments and case authority in the petition seeking to establish habeas jurisdiction in this United States District Court, notwithstanding the provisions of the REAL ID Act of 2005, codified at 8 U.S.C. § 1252, which may restrict such jurisdiction.

**IT IS FURTHER ORDERED** that all exhibits filed by respondents and petitioner herein **SHALL BE FILED** with a separate index of exhibits identifying the exhibits by number or letter. A hard copy (courtesy copy) of all pleadings and exhibits **SHALL BE FORWARDED** on the date of filing, to the Court's Reno-based staff attorneys, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

Dated this 9th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE