UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| OSARHIEME UYI OBAYAGBONA,<br><br>Petitioner,<br><br>v.<br><br>JEFF SESSIONS, *et al.*,<br><br>Respondents. | Case No. 2:17-cv-00884-APG-CWH<br><br>**ORDER: (1) DENYING EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND (2) PRELIMINARILY RULING ON PETITION FOR WRIT**<br><br>(ECF No. 4) |

Petitioner is detained by the U.S. Immigration and Customs Enforcement (ICE) and is housed at the Henderson Detention Center in Henderson, Nevada. Petitioner claims that he has been detained in ICE custody since August 11, 2016, and that on August 31, 2016, an immigration judge ordered his deportation. ECF No. 1, at p. 4. He asserts that his indefinite and continued detention in ICE custody violates his Constitutional rights. *Id.*

Petitioner has filed an emergency motion for a preliminary injunction, seeking immediate release from custody. ECF No. 4. He contends that he is stateless because he renounced his Nigerian citizenship, and that "because of [his] stateless status there is no reasonable likelihood that [a] foreign government will accept [his] return in the reasonably foreseeable future . . . ." *Id.* at 2. The Government responds that Petitioner's renunciation of his Nigerian citizenship is invalid, he remains a citizen of Nigeria, and that "the Nigerian government has indicated that it will issue travel documents for Petitioner [allowing him] to be removed in the near future." ECF No. 10 at 4.

The Government has submitted for my *in camera* review[1] travel documents indicating that Petitioner will be removed to Nigeria on a specific date in the near future. Thus, the bases for

---

[1] The Government contends it could not provide the removal date in a publicly available document based on "operational and security purposes." ECF No. 10 at 2, n. 2.

Petitioner's emergency motion for preliminary relief are unfounded. I therefore will deny that motion.

Petitioner's petition for a writ of habeas corpus is based upon the same unfounded allegations as his motion: that he is not removable and "there is no significant likelihood that he will be removed in the reasonably foreseeable future . . . ." ECF No. 1 at ¶¶ 92, 94, 99, 108. The relief he seeks is to be released from custody subject to supervision until his removal can be confirmed. Given Petitioner's impending removal—as confirmed by the travel documents provided by the Government for *in camera* review—his request for relief will soon be moot. Therefore, if Petitioner is removed on or near the date set forth in the travel documents submitted by the Government, I will deny his petition for a writ of habeas corpus. Otherwise, I may allow the petition to go forward. Within 30 days of this Order, the Government shall file a report regarding Petitioner's removal; the report may be filed under seal if sufficient explanation of the need for confidentiality is provided.

IT IS THEREFORE ORDERED that Petitioner's emergency motion for preliminary injunction **(ECF No. 4) is DENIED**.

IT IS FURTHER ORDERED that, within 30 days of this order, the Government shall file a report regarding Petitioner's removal; the report may be filed under seal if sufficient explanation of the need for confidentiality is provided.

DATED this 28th day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE