STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
LINDSY M. ROBERTS
Assistant United States Attorney
501 Las Vegas Boulevard, South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: lindsy.roberts@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSARHIEME UYI OBAYAGBONA, | Case No: 2:17-cv-00884-APG-CWH |
| Petitioner, | **STATUS REPORT** (submitted *In Camera*) |
| v. | and |
| JEFF SESSIONS, *et al.*, | **MOTION TO DISMISS** |
| Respondents. | |

As directed by the Court in its June 28, 2017 Order (ECF No. 15), Respondents submitted their Status Report, *in camera,* simultaneously with the filing of this Motion to Dismiss.

In support of the Motion to Dismiss, Respondents provided with the Status Report proof of Petitioner Obayagbona's removal from the United States effective July 10, 2017.

Since no further action is required by Respondents, it is respectfully requested that this case be dismissed with prejudice.

Respectfully submitted this 17th day of July 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Lindsy M. Roberts*
LINDSY M. ROBERTS
Assistant United States Attorney

**IT IS SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**
Dated: July 20, 2017.